

**FILED**
6/8/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**20CV3097**

| | |
|---|---|
| From: | Szilvia Schultz |
| To: | Temporary E-Filing |
| Subject: | Re: Pro Se Filing in New Case |
| Date: | Monday, June 8, 2020 12:00:28 PM |
| Attachments: | Gmail - Priority package.pdf |

Dear Clerk,

Attached is an explanation from USPS regarding this matter.

Would this suffice as an explanation as to what happened to this package?
It was delivered to the Dirkson building, on 5/13/20. It was rerouted for an unknown reason as the destination on the package was the Dirkson building. However, it was not scanned in any additional place besides the Dirkson building, and it was not returned to sender. It is presumed to be lost at this point and not in USPS custody.

I would like the 5/11/20 filing date per post office original mailing date to be reflected.

Please advise and thank you,
Szilvia

On Fri, Jun 5, 2020 at 10:54 AM Szilvia Kruss <szilvia.kruss@gmail.com> wrote:
> Hello,
>
> Thanks, I will try to find out what happened to the delivery and some documentation of it before I file then.
>
> Best,
> Szilvia
>
>
> On Friday, June 5, 2020, Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov> wrote:
>
>> Good morning,
>>
>>
>> Yes, the reason is, from our records we have not received the filing on 5/11/20. The post office did not state your letter was delivered to us. We cannot arbitrarily give you a backdated file date without the document from the post office based on your emailed request.

**From:** Szilvia Kruss <szilvia.kruss@gmail.com>
**Sent:** Thursday, June 4, 2020 5:35 PM
**To:** Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov>
**Subject:** Re: Pro Se Filing in New Case

Hello,

I wanted to file it on 5/11/20 due to the statute of limitations. Is there a reason that you cannot use the postmark date?

Thank you in advance,

Szilvia

On Thu, Jun 4, 2020 at 5:14 PM Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov> wrote:

> Hello,
>
> I cannot use the 5/11/2020 date. If I take this complaint today and set up a new case I'd have to use 6/4/2020 as the filed date. Would you like me to file the complaint for 6/4/2020/
>
> **From:** Szilvia Kruss <szilvia.kruss@gmail.com>
> **Sent:** Thursday, June 4, 2020 4:39 PM
> **To:** Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov>
> **Subject:** Re: Pro Se Filing in New Case
>
> Hello,
>
> Thank you so much for checking. I used the address information on the website, thus, I do not understand why it was rerouted. Can you please file this case with the 5/11/20 date, now or with a comment pertaining to the filing date?

Thank you,

Szilvia

On Thu, Jun 4, 2020 at 4:32 PM Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov> wrote:

> Good afternoon, I've checked our files and I do not see your case file and where we received it. Thank you for the tracking information. Below it says that your item was forwarded to another address. I don't believe we received this letter.

> **Tracking History**

> **May 13, 2020, 9:19 am**
> Forwarded
> CHICAGO, IL
> Your item was forwarded to a different address at 9:19 am on May 13, 2020 in CHICAGO, IL. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.

> **May 13, 2020, 8:13 am**
> Out for Delivery
> CHICAGO, IL 60604

> **May 13, 2020, 8:02 am**
> Arrived at Post Office
> CHICAGO, IL 60699

> **May 13, 2020, 3:25 am**
> Arrived at USPS Regional Facility
> CHICAGO IL DISTRIBUTION CENTER

> **May 13, 2020, 2:10 am**
> Accepted at USPS Origin Facility
> PLAINFIELD, IL 60586

> **May 12, 2020**
> Pre-Shipment Info Sent to USPS, USPS Awaiting Item
>
>
> **From:** Szilvia Kruss <szilvia.kruss@gmail.com>
> **Sent:** Thursday, June 4, 2020 3:51 PM
> **To:** Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov>
> **Subject:** Fwd: Pro Se Filing in New Case
>
>
> Dear Clerk,
>
>
> This new filing was mailed with **Priority Mail** on **5/11/2020** with tracking number **9405503699300372715693**.
>
>
> Tracking from USPS indicated that it was forwarded on May 13th, but it does not state where to?
>
> USPS did not have any otherr return or forwarding postage information.
>
>
> I am attaching the original filing for this case, and I would like to keep the 5/11/20 date for filing in case the original filing cannot be found?
>
>
> Name: Szilvia Kruss
>
> Address: 15963 S. Arbor Dr. Plainfield, IL 60586
>
> Phone Number: 815-715-0930
>
>
> Sincerely,
>
> Szilvia



Szilvia Schultz <szilvia.kruss@gmail.com>

## Priority package
1 message

**Sassine, Dalal - Plainfield, IL** <Dalal.D.Sassine@usps.gov>  Sat, Jun 6, 2020 at 11:12 AM
To: "szilvia.kruss@gmail.com" <szilvia.kruss@gmail.com>
Cc: "Sassine, Dalal - Plainfield, IL" <Dalal.D.Sassine@usps.gov>

Package with tracking number was going to Chicago 9405 5036 9930 0372 7156 93 219 S

DEARBORN ST. Chicago Il. 60604

Package got forward for unknown reason and it is not received yet. It is being in process for 21 business days, it is consider as a lost package.

Please call me for any question. Using the contact information below.

Plainfield

Dalal Sassine

Supervisor/ Customer service

(815) 436-3095