# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SZILVIA I. KRUSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 20 cv 3097 |
| | ) | |
| JUDGE KAREN WILSON, | ) | Hon. Sharon J. Coleman |
| | ) | Magistrate Judge Sunil F. Harjani |
| | ) | |
| Defendant. | ) | |

## **INITIAL JOINT STATUS REPORT**

Plaintiff, and the Defendant, by and through their attorneys, Jason R. Craddock and the Illinois Attorney General's Office, respectively, and for their initial joint status report, state as follows:

1. **Attorneys of Record:**

    Attorney for Defendant:
    Office of the Illinois Attorney General
    Hal Dworkin, Assistant Attorney General
    General Law Bureau
    100 W Randolph St, 13th Floor
    Chicago, IL 60601
    (312) 814-5159
    HDworkin@atg.state.il.us

    Attorney for Plaintiff:
    Jason R. Craddock
    Law Office of Jason R. Craddock
    2021 Midwest Rd. Suite, 200
    Oak Brook, IL 60523
    (708) 964-4973
    craddocklaw@icloud.com

2. **Description of Claims and Relief Sought:**

    a. Plaintiff's claims are brought under 42 U.S.C. § 1983. Plaintiff alleges Defendant acted beyond the scope of her jurisdiction during the course of a divorce proceeding and in

doing so violated her constitutional rights. Defendant asserts that her alleged actions were done in a judicial capacity and Plaintiff's claims are barred by judicial immunity.

   b. Plaintiff seeks compensatory and exemplary damages.

3. This matter has been referred to Magistrate Judge Harjani for discovery supervision and settlement.

4. **Discovery Schedule:**

   Defendant has filed a Motion to Stay Discovery pending resolution of her forthcoming Motion to Dismiss. (ECF No. 20). Plaintiff does not object to this motion. The Court granted the motion and stayed discovery until the motion is resolved. (ECF No. 21).

5. **Consideration of ESI:**

   The parties anticipate minimal, if any, ESI if this matter moves forward with discovery. If necessary, the parties will confer as to how best exchange ESI.

6. **Settlement:**

   a. The parties have not engaged in settlement discussions.

   b. The parties do not believe a settlement conference would be productive prior to the resolution of Defendant's forthcoming Motion to Dismiss on the basis of judicial immunity.

7. **Magistrate Judge Consent:**

   The parties do not jointly consent to have Judge Harjani conduct all further proceedings in this case, including trial and entry of final judgment.

8. **Pending Motions:**

   There are no motions currently pending.

9. **Trial:**

   The parties request a jury trial. The parties anticipate being ready for trial by March, 2022. Estimated length of the trial is two days.

Respectfully Submitted,

*s/ Hal B. Dworkin*
Hal Dworkin
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
hdworkin@atg.state.il.us
*Attorney for Defendant*

*s/ Jason R. Craddock*
Jason R. Craddock
Law Office of Jason R. Craddock
2021 Midwest Rd. Suite, 200
Oak Brook, IL 60523
(708) 964-4973
craddocklaw@icloud.com
*Attorney for the Plaintiff*